# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADVANCED DISPLAY TECHNOLOGIES OF TEXAS, LLC, a Texas limited liability company, | |
| | CASE NO. 6:11-cv-011 |
| Plaintiff, | |
| vs. | **JURY DEMANDED** |
| AU OPTRONICS CORPORATION, a Taiwanese corporation; AU OPTRONICS CORPORATION AMERICA, a California corporation; APPLE, INC., a California corporation; ASUS COMPUTER INTERNATIONAL, a California corporation; ASUSTEK COMPUTER, INC., a Taiwanese corporation; HAIER AMERICA TRADING, LLC, a New York limited liability company; HAIER GROUP CORPORATION, a Chinese corporation; RESEARCH IN MOTION CORPORATION, a Delaware corporation; RESEARCH IN MOTION LIMITED, a Canadian corporation; SHARP CORPORATION, a Japanese corporation; SHARP ELECTRONICS CORPORATION, a New York Corporation; VIEWSONIC CORPORATION, a Delaware corporation; VIZIO, INC., a California corporation, | |
| Defendants. | |

**PLAINTIFF ADVANCE DISPLAY TECHNOLOGIES OF TEXAS, LLC'S AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT VIZIO, INC. TO ANSWER, <u>MOVE OR OTHERWISE RESPOND TO COMPLAINT</u>**

1

Plaintiff Advance Display Technologies of Texas, LLC ("Advance Display") moves the Court to extend the time for Defendant Vizio, Inc. ("Vizio") to answer, move, or otherwise respond to Advance Display's Complaint for Patent Infringement.

This suit was filed on January 5, 2011,  Counsel for Vizio has not yet appeared in this suit, but has requested a 30 day extension of time to respond to the Complaint until March 17, 2011.  There have been no prior extensions of time granted to Vizio to respond to the complaint in this suit.

Accordingly, on behalf of Vizio and itself, Advance Display requests that the Court extend the time for Vizio to respond to the Complaint to March 17, 2011.  A proposed order granting the requested extension is attached for the Court's convenience.

DATED:  February 15, 2011               Respectfully submitted,

                                        By: /s/ Julien A. Adams
                                            Julien A. Adams
                                            CA State Bar No. 156135
                                            Dovel & Luner, LLP
                                            201 Santa Monica Blvd., Suite 600
                                            Santa Monica, CA 90401
                                            Telephone: (310) 656–7066
                                            Facsimile: (310) 657–7069
                                            Email: julien@dovellaw.com

                                            ATTORNEY FOR PLAINTIFF ADVANCED
                                            DISPLAY TECHNOLOGIES OF TEXAS, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of February, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Julien A. Adams
Julien A. Adams