**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADVANCED DISPLAY TECHNOLOGIES OF TEXAS, LLC, a Texas limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, a Taiwanese corporation; AU OPTRONICS CORPORATION AMERICA, a California corporation; APPLE, INC., a California corporation; ASUS COMPUTER INTERNATIONAL, a California corporation; ASUSTEK COMPUTER, INC., a Taiwanese corporation; HAIER AMERICA TRADING, LLC, a New York limited liability company; HAIER GROUP CORPORATION, a Chinese corporation; RESEARCH IN MOTION CORPORATION, a Delaware corporation; RESEARCH IN MOTION LIMITED, a Canadian corporation; SHARP CORPORATION, a Japanese corporation; SHARP ELECTRONICS CORPORATION, a New York Corporation; VIEWSONIC CORPORATION, a Delaware corporation; VIZIO, INC., a California corporation,<br><br>    Defendants. | CASE NO.  6:11-cv-011<br><br>**JURY DEMANDED** |

**ORDER GRANTING PLAINTIFF ADVANCE DISPLAY TECHNOLOGIES OF TEXAS, LLC'S AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT VIZIO, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Advance Display Technologies of Texas, LLC ("Advance Display") filed an

agreed motion, on behalf of itself and Defendant Vizio, Inc. ("Vizio"), requesting to extend

1

Vizio's time to answer, move, or otherwise respond to Advance Display's Complaint for Patent Infringement up to and including March 17, 2011. Such motion is GRANTED.

It is therefore ORDERED that Defendant Vizio has up to and including March 17, 2011, to answer, move, or otherwise respond to Advance Display's Complaint.

**So ORDERED and SIGNED this 16th day of February, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**