# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ADVANCED DISPLAY TECHNOLOGIES OF TEXAS, LLC | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:11-CV-11<br>PATENT CASE |
| AU OPTRONICS CORPORATION, et al | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Joint Motion for Entry of Disputed Discovery Order (Docket No. 107). The Court rules as follows regarding the three disputes:

- Regarding Paragraph 4(C)(2): The Court adopts the Plaintiff's proposal.

- Regarding Paragraph 4(D): The Court adopts the Defendants' proposal.

- Regarding Paragraph 5: The Court adopts the Plaintiff's proposal, except that both instances of "90 days" in the Plaintiff's proposal shall be replaced with "60 days."

The Court **ORDERS** the parties to submit an updated Discovery Order reflecting these changes within 10 days.

**So ORDERED and SIGNED this 20th day of September, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**