**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADVANCED DISPLAY TECHNOLOGIES OF TEXAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORPORATION, et al. <br><br> Defendants. | CIVIL ACTION NO. 6:11-CV-011-LED <br><br> JURY TRIAL REQUESTED |

## ORDER

Pending before the Court is a Motion to Withdraw, filed on behalf of ViewSonic Corporation. Upon consideration of the motion and applicable legal authority, it is HEREBY

**ORDERED** that the Motion to Withdraw (Docket No. 171) is **GRANTED**.

**So ORDERED and SIGNED this 13th day of February, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**