**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADVANCED DISPLAY TECHNOLOGIES OF TEXAS, LLC, <br><br>    **Plaintiff,** <br><br>  v. <br><br>AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, APPLE, INC., ASUS COMPUTER INTERNATIONAL, ASUSTEK COMPUTER, INC., HAIER AMERICA TRADING, LLC, HAIER GROUP CORPORATION, RESEARCH IN MOTION CORPORATION, RESEARCH IN MOTION LIMITED, SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, VIEWSONIC CORPORATION, VIZIO, INC., <br>    **Defendants.** | Civil Action No. 11-cv-00011 <br><br>**<u>JURY DEMANDED</u>** |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR DEFENDANTS
<u>AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA</u>**

Defendants AU Optronics Corporation and AU Optronics Corporation America file this Notice of Change of Address, and hereby notify the Court that Peter J. Wied, Vincent K. Yip, Terrence D. Garnett and Jay C. Chiu, previously of the law firm of Paul Hastings LLP, 515 S. Flower Street 25th Floor, Los Angeles, CA 90017, are now at Goodwin Procter LLP, located at 601 S. Figueroa Street 41st Floor Los Angeles, CA 90017. The phone number is (213) 426-2500, and the fax number is (213) 623-1673. All pleadings, discovery, correspondence and other material should be served upon counsel at the above-referenced address.

2

Dated:  February 22, 2012    Respectfully submitted,

/s/ Peter J. Wied
Peter J. Wied
CA State Bar No. 198475
pwied@goodwinprocter.com
Jay C. Chiu
CA State Bar No. 205385
jchiu@goodwinprocter.com
Vincent K. Yip
CA State Bar No. 170665
vyip@goodwinprocter.com
Terrence D. Garnett
CA State Bar No. 151212
GOODWIN PROCTER LLP
601 S. Figueroa Street 41st Floor
Los Angeles, CA 90017
(213) 426-2500 (Telephone)
(213) 623-1673 (Facsimile)

Counsel for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION
AMERICA

**CERTIFICATE OF SERVICE**

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 22nd day of February 2012. Any other counsel of record will be served by first class mail.

                                      /s/ Peter J. Wied  
                                      Peter J. Wied