IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCED DISPLAY TECHNOLOGIES OF TEXAS, LLC, | § § § | |
| Plaintiff, | § | CASE NO. 6:11-cv-011 |
| vs. | § § § | |
| AU OPTRONICS CORPORATION, ET AL. | § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

COMES NOW Trey Yarbrough of YARBROUGH ♦ WILCOX, PLLC, and hereby requests that the clerk of the Court remove his name from the list of persons authorized to receive electronic notices in this case pursuant to Local Rule CV-11(f).

DATED: February 24, 2012

Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Attorney for Defendants, AU Optronics Corporation and AU Optronics Corporation America

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 24th day of February, 2012. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/ Trey Yarbrough*
Trey Yarbrough