IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADVANCED DISPLAY TECHNOLOGIES OF TEXAS, LLC, a Texas limited liability company,<br><br>       Plaintiff,<br><br>vs.<br><br>AU OPTRONICS CORPORATION, a Taiwanese corporation; AU OPTRONICS CORPORATION AMERICA, a California corporation; APPLE, INC., a California corporation; ASUS COMPUTER INTERNATIONAL, a California corporation; ASUSTEK COMPUTER, INC., a Taiwanese corporation; HAIER AMERICA TRADING, LLC, a New York limited liability company; HAIER GROUP CORPORATION, a Chinese corporation; RESEARCH IN MOTION CORPORATION, a Delaware corporation; RESEARCH IN MOTION LIMITED, a Canadian corporation; SHARP CORPORATION, a Japanese corporation; SHARP ELECTRONICS CORPORATION, a New York Corporation; VIEWSONIC CORPORATION, a Delaware corporation; VIZIO, INC., a California corporation,<br><br>       Defendants. | CASE NO. 6:11-cv-011-LED<br><br>**JURY DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Advanced Display Technologies of Texas, LLC ("Advanced Display") and

Defendant VIZIO, Inc. ("VIZIO") jointly file this Stipulation of Dismissal. Advanced Display

has agreed to dismiss with prejudice all claims asserted against VIZIO in this case and VIZIO

151419                                         1

has agreed to dismiss without prejudice all counterclaims asserted against Advanced Display, but VIZIO shall only reassert any of its claims defensively if ADT or a successor asserts any claim of US patent 5,739,931 or 6,261,664.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), Advanced Display and VIZIO jointly stipulate to the dismissal with prejudice of the claims asserted by Advanced Display against VIZIO and without prejudice all counterclaims asserted by VIZIO against Advanced Display. The parties further stipulate that they shall bear their own attorneys' fees, expenses, and costs.

DATED: March 21, 2013			Respectfully submitted,

By: */s/ Julien A. Adams*
Julien A. Adams
CA State Bar No. 156135
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656–7066
Facsimile: (310) 657–7069
Email: julien@dovellaw.com

ATTORNEY FOR PLAINTIFF ADVANCED
DISPLAY TECHNOLOGIES OF TEXAS, LLC.

DATED: March 21, 2013  THOMAS WHITELAW LLP

By: /s/ William J. Kolegraff
JOSEPH E. THOMAS (CA Bar No. 101443)
*jthomas@twtlaw.com*
WILLIAM J. KOLEGRAFF (CA Bar No. 183861)
*bkolegraff@twtlaw.com*
THOMAS WHITELAW LLP
18101 Von Karman Avenue, Suite 230
Irvine, CA 92612
Telephone: (949) 679-6400
Facsimile: (949) 679-6405
*Admitted Pro Hac Vice*

Attorneys for Defendant,
VIZIO, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 21st day of March, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                        */s/ Julien A. Adams*
                        Julien A. Adams